Form dschntc

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

Case No.:  15−02394
Chapter:  13
Judge:  Timothy A. Barnes

In Re:
    Anita L Lowery
    912 W. 87th Street
    Chicago, IL 60620
Social Security / Individual Taxpayer ID No.:
    xxx−xx−1076
Employer Tax ID / Other nos.:

---

### Notice of Denied,Vacated, Waived, or Revoked Discharge

On March 9, 2015 , the Court signed an order:

- ○ Vacating the Discharge
- ● Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: March 10, 2015

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-02394-TAB
Anita L Lowery                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 2          Date Rcvd: Mar 10, 2015
                             Form ID: dschntc         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2015.
db            +Anita L Lowery,    912 W. 87th Street,   Chicago, IL 60620-3229
22853094      +Americash Loans,    17340 Torrence Ave,   Lansing, IL 60438-1019
22853096      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85015,   Richmond, VA 23285)
22853095      +Caine & Weiner,    Po Box 5010,   Woodland Hills, CA 91365-5010
22877475      +City Of Chicago Department Of Revenue,    c/o Arnold Scott Harris P.C.,   111 W Jackson Ste 600,
               Chicago, IL 60604-3517
22853097      +City of Chicago parking,    121 N LaSalle Street,    Room 107A,   Chicago, IL 60602-1232
22936816      +Integrus Realty Group LLC,    2539 W. Peterson Ave.,   Chicago, IL 60659-4019
22853099      +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6914
22853100      +Montgomery Ward,    1112 7th Ave,   Monroe, WI 53566-1364
22998762      +Montgomery Ward,    c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
22961093       Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
               P.O. Box 16408,    St. Paul, MN 55116-0408
22982163      +PEOPLES GAS LIGHT & COKE COMPANY,    200 EAST RANDOLPH STREET,   CHICAGO, ILLINOIS 60601-6434
22853103      +Peoples Engy,    200 East Randolph,   Chicago, IL 60601-6302
22853104      +Rain of cash,    1199 S. Federal Highway,    Suite 370,   Boca Raton, FL 33432-7335
22853105      +Seventh Avenue,    1112 7th Ave,   Monroe, WI 53566-1364
22998861      +Seventh Avenue,    c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
22853107      +Tinita Lowery,    7900 S Paxton,   Chicago, IL 60617-1120
22853108       West Asset Management,    2703 W Highway 75,   Sherman, TX 75092
22853109      +Wolin-Levin Inc.,    c/o Ronald Roman,   180 N LaSalle, 37th floor,   Chicago, IL 60601-2809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22853093      +E-mail/PDF: recoverybankruptcy@afninet.com Mar 11 2015 01:18:57     Afni, Inc.,   Po Box 3097,
               Bloomington, IL 61702-3097
22853094      +E-mail/Text: cashnotices@gmail.com Mar 11 2015 01:27:41     Americash Loans,
               17340 Torrence Ave,    Lansing, IL 60438-1019
22936817      +E-mail/Text: legalcollections@comed.com Mar 11 2015 01:27:38     Com Ed,   PO Box 6111,
               Carol Stream, IL 60197-6111
23016005      +E-mail/Text: legalcollections@comed.com Mar 11 2015 01:27:38     Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Department,   Oakbrook Terrace, IL 60181-4204
22853098      +E-mail/PDF: pa_dc_ed@navient.com Mar 11 2015 01:18:47     Dept Of Ed/navient,   Po Box 9635,
               Wilkes Barre, PA 18773-9635
22853101      +E-mail/PDF: pa_dc_claims@navient.com Mar 11 2015 01:18:36     Navient,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
22853102      +E-mail/Text: robert@overlandbond.com Mar 11 2015 01:27:51     Overlnd Bond,   4701 W Fullerton,
               Chicago, IL 60639-1899
22936815       E-mail/Text: appebnmailbox@sprint.com Mar 11 2015 01:26:11     Sprint,   PO Box 4191,
               Carol Stream, IL 60197
22853106      +E-mail/Text: clientservices@sourcerm.com Mar 11 2015 01:27:36     Source Receivables Man,
               4615 Dundas Dr Ste 102,    Greensboro, NC 27407-1761
                                                                                           TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                          Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0752-1            User: arodarte          Page 2 of 2              Date Rcvd: Mar 10, 2015
                               Form ID: dschntc         Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2015 at the address(es) listed below:
              Jason  Blust   on behalf of Debtor Anita L Lowery jason.blust@clientfirstbankruptcy.com,
              courtnotices@clientfirstbankruptcy.com
              Marilyn O Marshall     courtdocs@chi13.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 3